IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2019-cv-

KHALID MUHAMMAD,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

---

TO:    PLAINTIFF, KHALID MUHAMMAD, AND HIS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on the 6th day of September, 2019, the Defendant, State Farm Mutual Automobile Insurance Company ("State Farm"), filed in the United States District Court for the District of Colorado its Notice of Removal of this action to that Court.

This action was commenced by Plaintiff on July 19, 2019, in the District Court, Denver County, Case No. 2019CV32786.  *See* Complaint with Jury Demand, attached to this Notice as **Appendix A-3**.  Plaintiff's claim constitutes a civil action for which this Court has original jurisdiction under 28 U.S.C. Section 1332(a), as there is diversity between the parties and the amount in controversy exceeds $75,000.  Therefore, this action is removable from the District Court, Weld County, State of Colorado, to this Court under 28 U.S.C. Section 1441(a).  In accordance with 28 U.S.C. Section 1446(b), the notice of

removal shall be filed within 30 days after service or other receipt of the Complaint. Plaintiff served Defendant with the original Complaint on or about August 2, 2019. A copy of the Return of Service is attached as **Appendix A-7**. Accordingly, this notice is timely filed.

This action arises out of Plaintiff's claims made under an insurance policy issued by Defendant for an automobile accident that occurred on or about March 28, 2014. *See*, Plaintiff's Complaint and Jury Demand [**Appendix A-3**] at Paragraphs 24, 25. Plaintiff, Khalid Muhammad claims he is entitled to payment for underinsured motorist (UIM) benefits after settling for the policy limits with the individual at fault for the automobile accident. *Id.* at Paragraph 26. Plaintiff alleges his damages are in excess of $200,000.00, and thus claims underinsured motorist benefits pursuant to the insurance contract with State Farm. *Id.* at Paragraphs 24. Plaintiff claims that Defendant State Farm has refused to pay underinsured motorist benefits and that Defendant State Farm has breached the insurance contract. *Id.* at Paragraphs 35 and 38.

As of the date of the filing of this Notice of Removal, there has been no entry of judgment (default or otherwise) against State Farm in the state court. The Answer to Plaintiff's Complaint and Jury Demand will be filed within the time permitted by the applicable rule.

Diversity of citizenship exists between the parties. According to the allegations of Plaintiff's Complaint, Plaintiff is now, and was at the commencement of this action, a citizen of the State of Colorado. The insurance policy, accident report and all communications between State Farm and Plaintiff indicate Plaintiff's residence is in the State of Colorado. Defendant, State Farm, is now, and was at the time of the commencement of this action, a citizen of the State of Illinois. At all relevant times, Defendant, State Farm, has been incorporated in the State of Illinois, with its principal place of business in the State of Illinois.

Pursuant to D.C. COLO.LCivR 81.1, attached as **Appendix A** are copies of the docket sheet from the Weld County District Court, as well as all other pleadings that have been filed in the State Court. These include the following:

1. Docket Sheet from State Court.

2. District Court Civil Cover Sheet.

3. Complaint with Jury Demand.

4. Summons.

5. Order – Pretrial Order.

6. Order – Delay Reduction Order.

7. Return of Service.

8. Notice of Removal to United States District Court.

*See* Appendices, attached hereto as **Appendices A-1, A-2, A-3 A-4, A-5, A-6, A-7 and A-8.** State Farm states that no hearings have been set in the state court as of this date.

Pursuant to D.C. COLO.LCivR 3.1, a properly completed Civil Cover Sheet is filed contemporaneously with this Notice of Removal.

WHEREFORE, Plaintiff's claims constitute a civil action for which this Court has original jurisdiction under 28 U.S.C. Section 1332(a), and diversity of citizenship exists between the parties; therefore, this action is removable from the District Court, Weld County, State of Colorado under 28 U.S.C. Section 1441(a).

DATED this 6th day of September, 2019.

Respectfully submitted,

By:   *s/ Elaine K. Stafford*
      L. Kathleen Chaney
      Elaine K. Stafford

**LAMBDIN & CHANEY, LLP**
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile:  (303) 799-3700
E-mail: kchaney@lclaw.net; estafford@lclaw.net
Attorneys for State Farm Mutual Automobile
    Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Nathan T. Mattison, Esq., nmattison@dlslawfirm.com
Robert H. Harper, Esq., rharper@dlslawfirm.com

By: *s/ Elaine K. Stafford*
L. Kathleen Chaney
Elaine K. Stafford

**LAMBDIN & CHANEY, LLP**
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net; estafford@lclaw.net
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*